No. 98–9138. TILGHMAN *v.* BESHEARS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–9139. THOMPSON *v.* UNITED STATES POSTAL SERVICE. C. A. D. C. Cir. Certiorari denied.

No. 98–9144. USI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9146. VERNER *v.* RENO, ATTORNEY GENERAL, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–9150. ROMAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9157. NEILL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9158. MCCLUNG ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–9163. NAVA-SALGADO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9164. BROWN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–9165. BLANCO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–9168. MICHAEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9173. MEEKS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–9179. PERRONE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–9193. WILD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–9196. WILD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.